1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   NO. 2:09-cr-00488-MCE
                            )
            Plaintiff,      )   **STIPULATION AND ORDER RE:**
                            )   **CONTINUANCE OF STATUS HEARING AND**
      v.                    )   **FINDINGS OF EXCLUDABLE TIME**
                            )
DERRICK KENNEDY,            )   DATE: February 2, 2012
                            )   TIME: 9:00 a.m.
            Defendant.      )   JUDGE: Hon. Morrison C. England Jr.
                            )
_____)

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for December 1, 2011, be continued to a status conference on February 2, 2012, at 9:00 a.m. This continuance is being requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses. The parties in this case are attempting to reach a negotiated disposition. The defendant in this case consents to this continuance.

///

1 | Counsel, along with the defendant agree that the time from the
2 | date of this order through February 2, 2012, should be excluded in
3 | computing the time within which trial must commence under the Speedy
4 | Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
5 | time to prepare].

The parties believe that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 29, 2011    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      DERRICK KENNEDY

DATE: November 29, 2011    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /S/ Dennis S. Waks for
                                      MICHELLE PRINCE
                                      Assistant United States Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for February 2, 2012, at 9:00 a.m..

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE